UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )  BK No.: 15-82762
SANDRA J. MONTANA )
 )  Chapter: 13
 )  Honorable Thomas M. Lynch
 )
 )
Debtor(s) )

## ORDER ON MOTION TO COMPEL THE TRUSTEE TO ABANDON PROPERTY

THIS CAUSE coming to be heard on the Debtor's Motion to Compel the Trustee to Abandon Property, the court being advised, IT IS ORDERED:

The Motion is Granted and the Trustee and the estate's interest in the Debtor's scheduled Personal Injury Claim, as identified in the Motion, is deemed abandoned to the Debtor. Debtor's oral motion to shorten notice is hereby granted.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: July 28, 2017

**Prepared by:**

Attorney Henry Repay
Law Office of Henry Repay
930 West Locust Street
Belvidere, IL 61008-4226
(815) 547-3369
Henry@RepayLaw.com